**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      -v.-                          :

RICHARD R. DUGAN and            :
THEODORE A. PUCKETT,
                               :
            Defendants.

- - - - - - - - - - - - - - - - - x



**10 CRIM 006**

**10 CRIM 006**

        The United States Attorney charges:

COUNT ONE

        On or about December 12, 2009, in the Southern District of New York, RICHARD R. DUGAN and THEODORE A. PUCKETT, the defendants, by force and threat of force and by physical obstruction, intentionally, knowingly and willfully, did injure, intimidate and interfere with and did attempt to injure, intimidate and interfere with persons because such persons are and have been, and in order to intimidate such persons and other persons and a class of persons from, obtaining and providing reproductive health services, to wit, DUGAN and PUCKETT physically obstructed entryways of a clinic located on Bleecker Street in Manhattan that provides reproductive health services, and interfered with staff and patients attempting to enter the



clinic, because they were providing and obtaining reproductive health services.

      (Title 18, United States Code, Sections 248(a)(1) and (b)(1), and Section 2.)

*Preet Bharara*

PREET BHARARA
United States Attorney

```
===============================================
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
===============================================

           UNITED STATES OF AMERICA

                   - v. -

            RICHARD R. DUGAN and
            THEODORE A. PUCKETT,

                 Defendants.
===============================================

                 INFORMATION

                   10 Cr.

    (18 U.S.C. §§ 248(a)(1) and (b)(1), and § 2.)



                PREET BHARARA
            United States Attorney.


       _____



===============================================
```