DOC #: 17

*U.S. DISTRICT COURT FILED FEB 18 2010 S.D.N.Y.*

10-CR-6 (RWS)

United States District Court
Southern District of New York

Clerk's Office

212-805-4060

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/10

This motion is denied in the absence of any supporting authority. So ordered.

Sweet USDJ
3·23·10

[Part A]

<u>In the United States District Court
for the Southern District of New York</u>

United States

vs — case # 10CR-006

Ted A. Puckett

<u>Demand to Quash the Charging Instrument</u>

Comes now, Ted A. Puckett and demands that the charging instrument or complaint filed on 12 December, 2009 be quashed as it contains only hearsay, is unsworn, and is therefore a violation of due process; i.e., federal statutes cannot be construed to change constitutional law.

## Certificate of Service

I certify that an exact copy of this <u>Demand to Quash</u> has been faxed to Attorney Dan Noble.

          *T. Puckett*

          *[signature]*
          Witness

          *[signature]*
          Witness